■ ANTHONY D'ANNA, Individually and as Parent and Natural Guardian of KATRINA D'ANNA, Respondent, v KENMORE-

TOWN OF TONAWANDA UNION FREE SCHOOL DISTRICT, et al., Defendants, and ANTHONY A. DANTONIO et al., Individually and as Parents and Natural Guardians of ANTHONY BURKHARDT, Appellants. [960 NYS2d 686]—Appeal from an order of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered October 6, 2010. The order, insofar as appealed from, denied the motion of defendants Anthony A. Dantonio and Roseanne Dantonio for summary judgment dismissing the complaint.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on February 12, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Carni, Sconiers and Martoche, JJ.